(No. 73-CC-213—Claimant )

ATLANTIC RICHFIELD, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed February 14, 1974.*

ATLANTIC RICHFIELD, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-123—Claimant )

ABRAHAM LINCOLN MEDICAL GROUP, S.C., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed February 14, 1974.*

ABRAHAM LINCOLN MEDICAL GROUP, S.C., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.